UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald J. Allison,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Clark County District Court, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01632-RFB-DJA<br><br>**Report and Recommendation** |

　　　　Plaintiff submitted a complaint on September 1, 2020. (ECF No. 1). On June 1, 2021, the Court ordered the Plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee by June 22, 2021. (ECF No. 3). On August 16, 2021, the Court ordered Plaintiff to file a notice with his current address by September 13, 2021. (ECF No. 5). Because Plaintiff has done neither, the Court recommends that his claims be dismissed.

　　　　Under 28 U.S.C. § 1914(a), a filing fee of $350 is required to commence a civil action in federal district court. Any person who is unable to prepay the fees in a civil case may apply to the court to proceed *in forma pauperis*. LSR 1-1; *see* 28 U.S.C. § 1915(a). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities. LSR 1-1; *see* 28 U.S.C. § 1915(a).

　　　　Here, Plaintiff has neither paid the filing fee nor applied to proceed *in forma pauperis*. He has also not updated his address. Plaintiff has failed to correct these omissions within the time allotted despite notice that failure to do so may result in dismissal of this action. The Court thus recommends that Plaintiff's complaint be dismissed with prejudice.

**RECOMMENDATION**

　　　　**IT IS THEREFORE RECOMMENDED** that Plaintiff's complaint (ECF No. 1) be **dismissed with prejudice** because Plaintiff failed to file an application to proceed *in forma pauperis* or pay the required filing fee by June 22, 2021.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 20, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE