UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald J. Allison,<br><br>            Plaintiff,<br><br>    v.<br><br>Clark County District Court, et al.,<br><br>            Defendants. | Case No. 2:20-cv-01632-RFB-DJA<br><br>**<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation [ECF No. 6] of the Honorable Daniel J. Albretgs, United States Magistrate Judge, entered October 20, 2021.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 3, 2021.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

      **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 6] is ACCEPTED and ADOPTED in full.

      **IT IS FURTHER ORDERED** that Plaintiff's complaint (ECF No. 1) is dismissed with prejudice because Plaintiff failed to file an application to proceed in forma pauperis or pay the required filing fee by June 22, 2021.

DATED: January 27, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**